**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-1348**

———————————

ARQUIMEDES CONSTANTINY; CARLOS CERDA; MIGUEL CERDA; ESTATE
OF JAMES O. GRAY; WILLIAM L. BROWN; GREGORY L. FREEMAN;
JOHN H. MOSLEY; JOHN L. POLHILL; ERNEST RHYMER; EVERRET
TURNER; SEAN WITHERSPOON; ERMIAS YIBASS; MIKE YOHANES;
SAMUEL AJAYI; CORWYN HATTER; ADUMANISA MALAE; PIERRE
SIANKAM; WILLIAM SPATES; ALPHONSE KOFFI,

              Plaintiffs – Appellants,

       and

MARIANNE BAZIRUWIHA,

              Plaintiff,

          v.

SUPERSHUTTLE INTERNATIONAL CORPORATION; WASHINGTON SHUTTLE,
INCORPORATED; DOUG CLARKE, General Manager-Supershuttle,
Washington, D.C., Incorporated; KAVARD MOORE, JR.; ALVIN
BAILEY, Director of Operations Super Shuttle, Washington,
DC; SUPER SHUTTLE, WASHINGTON DC; PAUL ELLICOT, General
Manager, Super Shuttle, BWI,

              Defendants – Appellees.

———————————

**No. 08-1349**

———————————

ESTATE OF JAMES O. GRAY,

              Plaintiff – Appellant,

       and

MARIANNE BAZIRUWIHA; EVERRET TURNER; ALPHONSE KOFFI; ARQUIMEDES CONSTANTINY; MIGUEL CERDA; CARLOS CERDA; GREGORY L. FREEMAN; WILLIAM SPATES; JOHN H. MOSLEY; CORWYN HATTER; JOHN L. POLHILL; SEAN WITHERSPOON; PIERRE SIANKAM; ERMIAS YIBASS; MIKE YOHANES; SAMUEL AJAYI; WILLIAM L. BROWN; ERNEST RHYMER; ADUMANISA MALAE,

        Plaintiffs,

    v.

SUPERSHUTTLE INTERNATIONAL CORPORATION; WASHINGTON SHUTTLE, INCORPORATED; DOUG CLARKE, General Manager-Supershuttle, Washington, D.C., Incorporated; KAVARD MOORE, JR.; ALVIN BAILEY, Director of Operations Super Shuttle, Washington DC; SUPER SHUTTLE, WASHINGTON DC; PAUL ELLICOT, General Manager, Super Shuttle, BWI,

        Defendants – Appellees.

---

**No. 08-1374**

---

MARIANNE BAZIRUWIHA,

        Plaintiff – Appellant,

    and

EVERRET TURNER; ALPHONSE KOFFI; ARQUIMEDES CONSTANTINY; MIGUEL CERDA; CARLOS CERDA; JAMES O. GRAY; GREGORY L. FREEMAN; WILLIAM SPATES; JOHN H. MOSLEY; CORWYN HATTER; JOHN L. POLHILL; SEAN WITHERSPOON; PIERRE SIANKAM; ERMIAS YIBASS; MIKE YOHANES; SAMUEL AJAYI; WILLIAM L. BROWN; ERNEST RHYMER; ADUMANISA MALAE,

        Plaintiffs,

    v.

SUPERSHUTTLE INTERNATIONAL CORPORATION; WASHINGTON SHUTTLE, INCORPORATED; DOUG CLARKE, General Manager-Supershuttle, Washington, D.C., Incorporated; KAVARD MOORE, JR.; ALVIN BAILEY, Director of Operations Super Shuttle, Washington,

2

DC; SUPER SHUTTLE, WASHINGTON DC; PAUL ELLICOT, General Manager, Super Shuttle, BWI,

                    Defendants – Appellees.

                    _____

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:05-cv-01146-JCC-BRP)

                    _____

Submitted:  February 24, 2009          Decided:  March 26, 2009

                    _____

Before WILKINSON, KING, and AGEE, Circuit Judges.

                    _____

Affirmed by unpublished per curiam opinion.

                    _____

Uduak James Ubom, Washington, D.C., for Appellants in Nos. 08-1348 and 08-1349.  Marianne Baziruwiha, Appellant Pro Se in No. 08-1374.  Ralph Edward Kipp, Fairfax, Virginia, for Appellees.

                    _____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals,[*] Plaintiffs appeal the district court's order granting Defendants' Fed. R. Civ. P. 41(b) motion to dismiss for failure to prosecute and dismissing their race, color, and national origin discrimination claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000) and 42 U.S.C. § 1981 (2000), as well as several state law contract and tort causes of action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  <u>See</u> <u>Baziruwiha v. Supershuttle Int'l Corp.</u>, No. 1:05-cv-01146-JCC-BRP (E.D. Va. Feb. 26, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the appeals have been separately briefed and considered, the court consolidates them for purpose of issuing a consolidated opinion.